1  Steven A. Groode, Bar No. 210500
   sgroode@littler.com
2  Jannine E. Kranz, Bar No. 272389
   jkranz@littler.com
3  LITTLER MENDELSON, P.C.
   2049 Century Park East
4  5th Floor
   Los Angeles, California  90067.3107
5  Telephone:     310.553.0308
   Fax No.:       310.553.5583
6
7  Attorneys for Defendants
   MEDLINE INDUSTRIES LP (formerly known as
   "MEDLINE INDUSTRIES, INC.") AND MEDLINE
8  INDUSTRIES HOLDINGS, L.P.

9              UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11

12 | DEJA NAIR, on behalf of herself and all other similarly situated, and as an "aggrieved employee" on behalf of other "aggrieved employees" under the Labor Code Practice Attorneys General Act of 2004, | Case No. 2:22−CV−00331−TLN-JDP
13 | | **STIPULATION AND ORDER TO STAY ACTION**
14 | |
15 | Plaintiff, |
16 | v. |
17 | MEDLINE INDUSTRIES, INC., an Illinois corporation; MEDLINE INDUSTRIES HOLDINGS, L. P., a Delaware limited partnership; MEDLINE INDUSTRIES, LP, an Illinois limited partnership; and DOES 1-50, inclusive, |
18 | |
19 | |
20 | Defendants. |
21

# JOINT STIPULATION

Plaintiff Deja Nair ("Plaintiff") and Defendants Medline Industries, LP (formerly known as "Medline Industries, Inc.") and Medline Industries Holdings, L.P. (collectively, "Defendants" or "Medline" ) (collectively the "Parties"), by and through their respective counsel of record hereby stipulate and agree as follows:

**WHEREAS**, Plaintiff and Medline are parties to an arbitration agreement.

**WHEREAS**, Plaintiff's operative First Amended Complaint contains a cause of action for civil penalties under the California's Private Attorneys General Act ("PAGA").

**WHEREAS** on December 15, 2021, the U.S. Supreme Court granted certiorari in *Moriana v. Viking River Cruises, Inc.*, No. B297327, 2020 WL 5584508 (Cal. Ct. App. Sept. 18, 2020), *review denied* (Dec. 9, 2020), *cert. granted,* No. 20-1573, 2021 WL 5911481 (U.S. Dec. 15, 2021) (Supreme Court Case No. 20-1573) ("*Viking River*"), to decide whether the Federal Arbitration Act requires enforcement of a bilateral arbitration agreement providing that an employee cannot raise representative claims, including under the PAGA – in other words, challenging the holding of the California Supreme Court in *Iskanian v. CLS Transportation Los Angeles, LLC*, 59 Cal. 4th 348 (2014) ("*Iskanian*").

**WHEREAS**, *Viking River* is scheduled to be heard this term (i.e., the October 2021-June 2022 term), with oral argument held on March 30, 2022.

**WHEREAS**, given the normal schedule of the U.S. Supreme Court, and fact that oral argument has been heard, a decision will be issued by June 30, 2022 before the summer recess.

**WHEREAS**, the Parties believe that judicial economy would be served by a brief stay of this matter to allow for a decision by the U.S. Supreme Court in *Viking River Cruises* as the decision in that case is likely to impact the Parties and rights and obligations under the arbitration agreement.

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

STIPULATION AND ORDER TO STAY ACTION     1.     CASE NO. 2:22−CV−00331−WBS−KJN

**WHEREFORE**, it is agreed and stipulated by the Parties that:

1. This case be stayed in its entirety pending a decision from the U.S. Supreme Court in *Viking River*;

2. The Court vacate all pre-trial deadlines to conserve the resources of this Court and the Parties pending the decision in *Viking River*;

3. The Parties shall file a joint status reported within 30 days of the Supreme Court's decision in *Viking River*.

**IT IS SO STIPULATED.**

Dated: March 31, 2022

Respectfully submitted,

LITTLER MENDELSON, P.C.

/s/ *STEVEN A. GROODE*
Steven A. Groode
Jannine E. Kranz
Attorneys for Defendants
MEDLINE INDUSTRIES LP (formerly known as "MEDLINE INDUSTRIES, INC.") AND MEDLINE INDUSTRIES HOLDINGS, L.P.

Dated: March 31, 2022

/s/ *DAVID G. SPIVAK*
David G. Spivak
Maralle Messrelian
Sara Brown
THE SPIVAK LAW FIRM
Attorneys for Plaintiff
DEJA NAIR

Dated: March 31, 2022

/s/ *WALTER L. HAINES*
Walter L. Haines
UNITED EMPLOYEES LAW GROUP
Attorneys for Plaintiff
DEJA NAIR

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

STIPULATION AND ORDER TO STAY ACTION     2.     CASE NO. 2:22−CV−00331−TLN-JDP

**ORDER**

Pursuant to the Parties' stipulation and good cause appearing, the Joint Stipulation to Stay Action is **GRANTED**:

1. This case shall be stayed in its entirety pending a decision from the United States Supreme Court in *Moriana v. Viking River Cruises, Inc.*, No. B297327, 2020 WL 5584508 (Cal. Ct. App. Sept. 18, 2020), *review denied* (Dec. 9, 2020), *cert. granted,* No. 20-1573, 2021 WL 5911481 (U.S. Dec. 15, 2021) (Supreme Court Case No. 20-1573) ("*Viking River*").

2. All case deadlines are hereby vacated pending the decision in *Viking River*.

3. The Parties shall file a joint status report within 30 days of the decision in *Viking River*.

**IT IS SO ORDERED**.

DATED: April 1, 2022

_____
Troy L. Nunley
United States District Judge