Steven A. Groode, Bar No. 210500
sgroode@littler.com
Jannine E. Kranz, Bar No. 272389
jkranz@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, California  90067.3107
Telephone:   310.553.0308
Fax No.:      310.553.5583

Attorneys for Defendants
MEDLINE INDUSTRIES LP (formerly known as "MEDLINE INDUSTRIES, INC.") AND MEDLINE INDUSTRIES HOLDINGS, L.P.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEJA NAIR, on behalf of herself and all other similarly situated, and as an "aggrieved employee" on behalf of other "aggrieved employees" under the Labor Code Practice Attorneys General Act of 2004,<br><br>Plaintiff,<br><br>v.<br><br>MEDLINE INDUSTRIES, INC., an Illinois corporation; MEDLINE INDUSTRIES HOLDINGS, L. P., a Delaware limited partnership; MEDLINE INDUSTRIES, LP, an Illinois limited partnership; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:22−CV−00331−TLN-JDP<br><br>**JOINT STIPULATION TO LIFT STAY FOR PURPOSES OF DEFENDANTS' MOTION TO COMPEL ARBITRATION AND ORDER** |

JOINT STIPULATION
TO LIFT STAY FOR PURPOSES OF
DEFENDANTS' MOTION TO
COMPEL ARBITRATION

CASE NO. 2:22−CV−00331−TLN-JDP

## JOINT STIPULATION

Plaintiff Deja Nair ("Plaintiff") and Defendants Medline Industries, LP (formerly known as "Medline Industries, Inc.") and Medline Industries Holdings, L.P. (collectively, "Defendants" or "Medline" ) (collectively the "Parties"), by and through their respective counsel of record hereby stipulate and agree as follows:

**WHEREAS**, Plaintiff and Medline are parties to an arbitration agreement.

**WHEREAS**, Plaintiff's operative First Amended Complaint contains a cause of action for civil penalties under the California's Private Attorneys General Act ("PAGA").

**WHEREAS** the Parties stipulated to a stay pending the U.S. Supreme Court's decision in *Moriana v. Viking River Cruises, Inc.*, No. B297327, 2020 WL 5584508 (Cal. Ct. App. Sept. 18, 2020), *review denied* (Dec. 9, 2020), *cert. granted,* No. 20-1573, 2021 WL 5911481 (U.S. Dec. 15, 2021) (Supreme Court Case No. 20-1573) ("*Viking River*"), to decide whether the Federal Arbitration Act requires enforcement of a bilateral arbitration agreement providing that an employee cannot raise representative claims, including under the PAGA – in other words, challenging the holding of the California Supreme Court in *Iskanian v. CLS Transportation Los Angeles, LLC*, 59 Cal. 4th 348 (2014) ("*Iskanian*"). The Court agreed to the stay.

**WHEREAS**, on June 15, 2022, the Supreme Court decided *Viking River*.

**WHEREAS**, notwithstanding the decision in *Viking River*, Plaintiff maintains that the arbitration agreement is not enforceable.

**WHEREAS**, Medline intends to move to compel arbitration of the Plaintiff's claims on or before August 8, 2022.  The Parties stipulate that the stay should be lifted for this purpose.

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

**WHEREFORE**, it is agreed and stipulated by the Parties that:

1. The stay be lifted for the limited purpose of Defendants' motion to compel arbitration and related briefing and discovery;

2. Defendants shall file their motion to compel arbitration on or before August 8, 2022.

**IT IS SO STIPULATED.**

Dated: July 15, 2022

Respectfully submitted,

LITTLER MENDELSON, P.C.

/s/ *STEVEN A. GROODE*
Steven A. Groode
Jannine E. Kranz
Attorneys for Defendants
MEDLINE INDUSTRIES LP (formerly known as "MEDLINE INDUSTRIES, INC.") AND MEDLINE INDUSTRIES HOLDINGS, L.P.

Dated: July 15, 2022

/s/ *DAVID G. SPIVAK*
David G. Spivak
Christina J. Prejean
THE SPIVAK LAW FIRM
Attorneys for Plaintiff
DEJA NAIR

Dated: July 15, 2022

/s/ *WALTER L. HAINES*
Walter L. Haines
UNITED EMPLOYEES LAW GROUP
Attorneys for Plaintiff
DEJA NAIR

JOINT STIPULATION TO LIFT STAY FOR PURPOSES OF DEFENDANTS' MOTION TO COMPEL ARBITRATION

2.

CASE NO. 2:22−CV−00331−TLN-JDP

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

## **ORDER**

Pursuant to the Parties' stipulation and good cause appearing, the Joint Stipulation to Stay Action is **GRANTED**:

1. The stay be lifted for the limited purpose of Defendants' motion to compel arbitration and related briefing and discovery;

2. Defendants shall file their motion to compel arbitration on or before August 8, 2022.

Dated: July 15, 2022

_____
Troy L. Nunley
United States District Judge

JOINT STIPULATION TO LIFT STAY FOR PURPOSES OF DEFENDANTS' MOTION TO COMPEL ARBITRATION     3.     CASE NO. 2:22−CV−00331−TLN-JDP

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308