DAVID G. SPIVAK (SBN 179684)
    david@spivaklaw.com
CHRISTINA J. PREJEAN (SBN 314772)
    christina@spivaklaw.com
THE SPIVAK LAW FIRM
8605 Santa Monica Bl. PMB 42554
West Hollywood, CA 90069
Telephone:    (213) 725-9094
Facsimile:    (213) 634-2485

Attorneys for Plaintiff,
DEJA NAIR, and all others similarly situated
(Additional attorney for Plaintiff on the following page.)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

### (*UNLIMITED JURISDICTION*)

| | |
|---|---|
| DEJA NAIR, on behalf of herself and all others similarly situated, and the general public,<br><br>*Plaintiff*,<br><br>vs.<br><br>MEDLINE INDUSTRIES, INC., an Illinois corporation; MEDLINE INDUSTRIES HOLDINGS, L.P., a Delaware limited partnership; MEDLINE INDUSTRIES, LP, an Illinois limited partnership; and DOES 1–50, inclusive,<br><br>*Defendants*. | Case No. 2:22-CV-00331-TLN-JDP<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE THE DEADLINE FOR PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND THE HEARING ON MOTION TO COMPEL ARBITRATION** |



Mail:
8605 Santa Monica Bl
PMB 42554
West Hollywood, CA 90069
(213) 725-9094 Tel
(213) 634-2485 Fax
SpivakLaw.com

Office:
15303 Ventura Bl
Ste 900
Sherman Oaks, CA 91403

1

Joint Stipulation and Order to Continue Plaintiff's
Opposition to Defendants' Motion to Compel Arbitration
and Hearing on Motion to Compel Arbitration

2:22-CV-00331-TLN-JDP

**ADDITIONAL ATTORNEY FOR PLAINTIFF**

WALTER L. HAINES (SBN 71075)
walter@uelglaw.com
UNITED EMPLOYEES LAW GROUP
4276 Katella Ave., Suite 301
Los Alamitos, CA 90720
Telephone:    (562) 256-1047
Facsimile:    (562) 256-1006

2

Joint Stipulation and Order to Continue Plaintiff's
Opposition to Defendants' Motion to Compel Arbitration
and Hearing on Motion to Compel Arbitration

2:22-CV-00331-TLN-JDP

# JOINT STIPULATION

Plaintiff Deja Nair ("Plaintiff") and Defendants Medline Industries, LP (formerly known as "Medline Industries, Inc.") and Medline Industries Holdings, L.P. (collectively, "Defendants" or "Medline") (collectively the "Parties"), by and through their respective counsel of record hereby stipulate and agree as follows:

**1.**  **WHEREAS**, Defendants contend that they and Plaintiff are parties to an enforceable arbitration agreement. Plaintiff disputes that the arbitration agreement is enforceable.

**2.**  **WHEREAS**, Plaintiff's operative First Amended Complaint contains class allegations and a representative cause of action for civil penalties under the California's Private Attorneys General Act ("PAGA").

**3.**  **WHEREAS**, after the Supreme Court decided *Viking River Cruises, Inc. v. Moriana*, 142 S. Ct. 1906, 1910, 213 L. Ed. 2d 179, 185, 2022 U.S. LEXIS 2940, *1, 29 Fla. L. Weekly Fed. S 370, 2022 WL 2135491 on June 15, 2022, Defendants filed their Motion to Compel Arbitration on August 8, 2022.

**4.**  **WHEREAS,** Defendants' Motion is set to be heard on September 22, 2022. The Plaintiff's Opposition to Defendants' Motion to Compel Arbitration is due on August 22, 2022 and Defendants' Reply to Plaintiff's Opposition is due on September 1, 2022.

**5.**  **WHEREAS,** David G. Spivak, the lead attorney for Plaintiff, has been out of the office due to being ill. Also, he will be assisting his child in moving out of state to begin college the week of August 22, 2022.

**6.**  **WHEREAS**, Christina J. Prejean, the associate attorney for Plaintiff preparing the Opposition to Defendants' Motion to Compel Arbitration will be out of the country on a pre-planned vacation the week leading up to August 22, 2022, the date that Plaintiff's Opposition to Defendant's Motion to Compel Arbitration is due.

**7.**  **WHEREAS,** Plaintiff requests that, and Defendants stipulate to, Plaintiff having additional time to prepare and finalize her Opposition to Defendants' Motion to Compel Arbitration. It will serve the best interests of the Parties and the Court to continue the hearing on the Motion currently set for September 22, 2022 by approximately 30 days, to November 3, 2022,

3

Joint Stipulation and Order to Continue Plaintiff's
Opposition to Defendants' Motion to Compel Arbitration
and Hearing on Motion to Compel Arbitration

2:22-CV-00331-TLN-JDP

1  with the Plaintiff to submit her Opposition to Defendants' Motion to Compel Arbitration by
2  September 22, 2022, and with Defendants to submit their Reply to Plaintiff's Opposition (if any)
3  by October 3, 2022.

4  **8.**  **WHEREFORE**, it is agreed and stipulated by the Parties that:

5  **1.**  The hearing on the Motion be continued from September 22, 2022, at 2:00
6  p.m. to November 3, 2022, at 2:00 p.m.

7  **2.**  The Plaintiff shall file her Opposition to Defendant's Motion to Compel
8  Arbitration by September 22, 2022;

9  **3.**  The Defendants shall file their Reply to Plaintiff's Opposition (if any) by
10 October 3, 2022.

11 **IT IS SO STIPULATED.**

13                                         LITTLER MENDELSON, P.C.

15 Dated: August 11, 2022                  /s/   Steven A. Groode (authorized on 8/11/22)
                                           Steven A. Groode
16                                         Jannine E. Kranz
17                                         Attorneys for Defendants
                                           MEDLINE INDUSTRIES LP (formerly known as
18                                         "MEDLINE INDUSTRIES, INC.") AND MEDLINE
                                           INDUSTRIES HOLDINGS, L.P.
19
20                                          THE SPIVAK LAW FIRM

21 Dated: August 12, 2022                  /s/ David G. Spivak
                                           David G. Spivak
22                                         Christina J. Prejean
23                                         THE SPIVAK LAW FIRM
                                           Attorneys for Plaintiff
24                                         DEJA NAIR

25                                         UNITED EMPLOYEES LAW GROUP

26 Dated: August 12, 2022

27                                         Walter L. Haines
                                           Attorneys for Plaintiff
28                                         DEJA NAIR

4

Joint Stipulation and Order to Continue Plaintiff's                            2:22-CV-00331-TLN-JDP
Opposition to Defendants' Motion to Compel Arbitration
and Hearing on Motion to Compel Arbitration

SPIVAK LAW
Employee Rights Attorneys

Mail:
8605 Santa Monica Bl
PMB 42554
West Hollywood, CA 90069
(213) 725-9094 Tel
(213) 634-2485 Fax
SpivakLaw.com

Office:
15303 Ventura Bl
Ste 900
Sherman Oaks, CA 91403

# ORDER

Pursuant to the Parties' stipulation and good cause appearing, the Joint Stipulation to continue the Motion to Compel Arbitration hearing date is **GRANTED**:

1. The hearing on the Motion be continued from September 22, 2022, at 2:00 p.m. to November 3, 2022, at 2:00 p.m.;

2. The Plaintiff shall file her Opposition to Defendant's Motion to Compel Arbitration on or before September 22, 2022;

3. The Defendants shall file their Reply to Plaintiff's Opposition (if any) on or before October 3, 2022.

**IT IS SO ORDERED**.

Dated: August 12, 2022

_____
Troy L. Nunley
United States District Judge

SPIVAK LAW
Employee Rights Attorneys

Mail:
8605 Santa Monica Bl
PMB 42554
West Hollywood, CA 90069
(213) 725-9094 Tel
(213) 634-2485 Fax
SpivakLaw.com

Office:
15303 Ventura Bl
Ste 900
Sherman Oaks, CA 91403

5

Joint Stipulation and Order to Continue Plaintiff's
Opposition to Defendants' Motion to Compel Arbitration
and Hearing on Motion to Compel Arbitration

2:22-CV-00331-TLN-JDP