1  DAVID GLENN SPIVAK (SBN 179684)
2       david@spivaklaw.com
   CAROLINE TAHMASSIAN (SBN 285680)
3       caroline@spivaklaw.com
4   THE SPIVAK LAW FIRM
   8605 Santa Monica Bl
5  PMB 42554
   West Hollywood, CA 90069
6  Telephone:  (213) 725-9094
7  Facsimile:   (213) 634-2485
8
   Attorneys for Plaintiff(s),
9  DEJA NAIR, and all others similarly situated
   (Additional counsel on following page)
10

11                **UNITED STATES DISTRICT COURT**

12              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

13

| DEJA NAIR, on behalf of herself and all others similarly situated, and as an "aggrieved employee" on behalf of other "aggrieved employees" under the Labor Code Private Attorneys General Act of 2004,<br><br>*Plaintiff(s),*<br><br>vs.<br><br>MEDLINE INDUSTRIES, INC., an Illinois corporation; MEDLINE INDUSTRIES HOLDINGS, L.P., a Delaware limited partnership; MEDLINE INDUSTRIES, LP, an Illinois limited partnership; and DOES 1–50, inclusive,<br><br>*Defendant(s).* | Case No. 2:22−CV−00331−DAD-JDP<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] PROTECTIVE ORDER PURSUANT TO STIPULATION**<br><br>Action filed:      12/22/2021<br><br>The Honorable Dale A. Drozd<br>U. S. District Court Judge<br>Courtroom: 4, 15th floor |
|---|---|

1

*Nair v. Medline Industries, Inc., et al.*                                            Proposed Order Pursuant to Stipulation

**ADDITIONAL ATTORNEYS FOR PLAINTIFF(S)**

WALTER L. HAINES (SBN 71075)
  walter@uelglaw.com
UNITED EMPLOYEES LAW GROUP
8605 Santa Monica Bl.
PMB 63354
West Hollywood, CA 90069
Telephone: (562) 256-1047
Facsimile: (562) 256-1006

Attorneys for Plaintiff(s),
DEJA NAIR, and all others similarly situated

**ATTORNEYS FOR DEFENDANT(S)**

STEVEN A. GROODE (SBN 210500)
  sgroode@littler.com
JANNINE KRANZ (SBN 272389)
  JKranz@littler.com
Littler Mendelson, P.C.
2049 Century Park East
5th Floor
Los Angeles CA 90067-3107
Telephone: (310) 553-0308
Facsimile: (310) 553-5583

Attorneys for Defendant(s),
MEDLINE INDUSTRIES, INC., MEDLINE INDUSTRIES HOLDINGS, L.P., and MEDLINE INDUSTRIES, LP

SPIVAK LAW
EMPLOYEE RIGHTS

Mail:
8605 Santa Monica Bl
PMB 42554
West Hollywood, CA 90069
(213) 725-9094 Tel
(213) 634-2485 Fax
SpivakLaw.com

Office:
1801 Century Park East
25th Fl
Los Angeles, CA 90067

1    Having reviewed and considered the terms of the parties' Stipulated Protective Order, ECF No. 45, the Court finds good cause to adopt the parties' Stipulation as the Court's Protective Order in this action governing the disclosure and use of confidential information in this matter, according to the terms agreed to by the parties in that Stipulation to Protective Order.

Therefore, good cause appearing, PURSUANT TO STIPULATION,

IT IS SO ORDERED.

Dated:    February 13, 2025                           _____
                                                      JEREMY D. PETERSON
                                                      UNITED STATES MAGISTRATE JUDGE

SPIVAK LAW
EMPLOYEE RIGHTS

Mail:
8605 Santa Monica Bl
PMB 42554
West Hollywood, CA 90069
(213) 725-9094 Tel
(213) 634-2485 Fax
SpivakLaw.com

Office:
1801 Century Park East
25th Fl
Los Angeles, CA 90067